No. 466, Misc. DUCKETT v. MARSHALL ET AL. C. A. 4th Cir. Certiorari denied.

No. 469, Misc. ANDERSON v. CLAY CIRCUIT COURT ET AL. Sup. Ct. Ind. Certiorari denied. *Theodore L. Sendak,* Attorney General of Indiana, and *Mark Peden,* Deputy Attorney General, for respondents.

No. 494, Misc. BANDY v. ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 506, Misc. KEYS v. SCHNECKLOTH, CONSERVATION CENTER SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 516, Misc. BROWN v. UNITED STATES; and
No. 593, Misc. VENNING ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States in both cases. Reported below: 409 F. 2d 77.

No. 519, Misc. FIELDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 524, Misc. BROWN v. PINTO, PRISON FARM SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 546, Misc. RAMER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.